```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREDDIE M. MOULTRIE           :    CIVIL ACTION
                              :
         v.                   :
                              :
DAVID DIGUGLIELMO, et al.     :    NO. 07-4718
```

ORDER

AND NOW, this 28th day of February, 2008, upon careful and independent consideration of the petition for a writ of habeas corpus and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and the objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and Adopted.

2. The objections are overruled.

3. The petition for a writ of habeas corpus is DISMISSED with prejudice.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of the Court shall mark this file closed for statistical purposes.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.